JS-6

Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Elizabeth A. Nance

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH A. NANCE, | ) Case No.: 5:19-cv-02248-ADS |
| | ) |
| | ) ORDER OF DISMISSAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  May 4, 2020

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

-1-

1

DATE: April 30, 2020                  Respectfully submitted,

2

LAW OFFICES OF LAWRENCE D. ROHLFING

3

/s/ *Denise Bourgeois Haley*

BY:_____

4

Denise Bourgeois Haley
Attorney for plaintiff Elizabeth A. Nance

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 5:19-CV-02248-ADS**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on April 30, 2020.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____

Denise Bourgeois Haley
Attorneys for Plaintiff
_____

-3-